UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR ASHTIANI,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLIED MATERIALS INC., et al.,<br><br>    Defendants. | Case No. 20-cv-00463-NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REASSIGNED TO SAN FRANCISCO/OAKLAND DIVISION** |

Defendant Applied Materials, Inc., removed this case from Alameda County Superior Court and selected "San Jose" in the "Divisional Assignment" section of the civil cover sheet. Dkt. No. 1 at Ex. 1. Under 28 U.S.C. § 1441(a), removal from state to federal court should be to "the district court of the United States for the district *and division* embracing the place where such action is pending." (Emphasis added). Under Civil Local Rule 3-2(d), "all civil actions which arise in the count[y] of Alameda . . . shall be assigned to the San Francisco Division or the Oakland Division" of the Northern District of California. The Court hereby orders defendant Applied Materials to show cause **by February 5, 2020** why, under 28 U.S.C. § 1441(a) and Civil Local Rule 3-2(d), it should not reassign this case to the San Francisco or Oakland Division.

**IT IS SO ORDERED.**

Dated: January 29, 2020

_____
NATHANAEL M. COUSINS
United States Magistrate Judge